UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-11-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )    I N D I C T M E N T<br>) |
| STEPHEN ANDREW ROSS | ) |

The Grand Jury charges that:

COUNT ONE

On or about October 15, 2013, in the Eastern District of North Carolina, STEPHEN ANDREW ROSS, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT TWO

On or about October 15, 2013, in the Eastern District of North Carolina, STEPHEN ANDREW ROSS, defendant herein, knowingly possessed a stolen firearm, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FORFEITURE NOTICE

The Defendant is given notice of the provisions of Title 18, United States Code, Sections 924 and 981, made applicable by Title 28, United States Code, Section 2461, that all the Defendant's interests in all property specified herein are subject to forfeiture.

As a result of the foregoing offenses in the Indictment, the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, and any firearms used in the offenses.

The forfeitable property includes, but is not limited to:

(1) Smith and Wesson, Model Airweight, .38 special caliber revolver.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: February 10, 2015

THOMAS G. WALKER
United States Attorney

BY: *(signed)*
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division