PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stephen Andrew Ross            Docket No. 4:15-CR-11-1H(2)

### Sealed Petition for Action on Conditions of Pretrial Release
Warrant Requested

    COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Stephen Andrew Ross, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 13th day of April, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On June 10, 2015, Ross was charged by the Swansboro Police Department with Driving While Impaired, Driving While License Revoked, Hit and Run – Leave the Scene of an Accident, and Failure to Report Accident (15CR053321 and 15CR053317). The defendant is in custody at the Onslow County Jail and the charges are pending in Onslow County District Court.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant and a bond revocation hearing scheduled following his apprehension to determine if supervision should be revoked. For compelling reasons, this petition and the warrant shall remain sealed until the warrant is executed. The clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield          /s/ Kristyn Super
Dwayne K. Benfield          Kristyn Super
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                               200 Williamsburg Pkwy, Unit 2
                                                               Jacksonville, NC 28546-6762
                                                                Phone: 910-346-5104
                                                                Executed On: July 1, 2015

### ORDER OF THE COURT

Considered and ordered the   1   day of   July   , 2015, and ordered filed and made part of the records in the above case.

/s/ Robert B. Jones, Jr.
Robert B. Jones, Jr.
U.S. Magistrate Judge