

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

March 21, 2018

Stephen Andrew Ross, Reg. No.: 59218-056
Bennettsville - F.C.I.
P.O. Box 52020
Bennettsville, SC 29512

Re: Ross v. USA
Criminal No. 4:15-CR-11-1H
Civil No. 4:18-CV-4-H

Dear Mr. Ross:

The respondent has filed a motion to dismiss with regard to the above-captioned action. Local Civil Rule 7.1(e)(1), EDNC provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the Court may grant the motion and your case will be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented. **Your material in opposition to the motion to dismiss must be filed on or before April 11, 2018.**

Sincerely,

/s/ Peter A. Moore, Jr.
Clerk

PAM/ll