UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stephen Andrew Ross**  Docket No. 4:15-CR-11-1H

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephen Andrew Ross, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 9, 2016, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Stephen Andrew Ross was released from custody on January 29, 2019, at which time the term of supervised release commenced.

On March 28, 2019, a Violation Report was submitted to the court reporting that the defendant tested positive for cocaine. At that time, supervision was permitted to continue.

On May 30, 2019, a Petition for Action on Supervised Release was submitted to the court reporting that the defendant tested positive for amphetamine, methamphetamine, fentanyl, norfentanyl, and cocaine. He was referred to intensive outpatient substance abuse treatment and the conditions of supervised release were modified to remove sex offender treatment and participation in the DROPS Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 29, 2019, Ross submitted a urinalysis screening, which was confirmed as positive for cocaine by Alere Laboratories on June 8, 2019. The defendant was confronted with the results of this screening and admitted to using cocaine. As a sanction for the violation conduct, it is respectfully recommended that the conditions of supervised release be modified to include participation in Home Detention, to include Radio Frequency Monitoring, for a period of 90 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to their residence at all times except for pre-approved and scheduled absences for employment education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: June 18 2019 |

### ORDER OF THE COURT

Considered and ordered this \_\_\_18th\_\_\_ day of \_\_\_June_____, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge